## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>ANTHONY SUBIA.<br><br>             Defendant. | Case No. **20-cr-01705 WJ** |

## **STIPULATED MOTION TO CONTINUE JANUARY 6, 2023, SENTENCING**

COMES NOW Defendant ANTHONY SUBIA, by and through legal counsel Susan Burgess-Farrell of Burgess and Porter Law and moves this Court to continue the January 6, 2023, sentencing for approximately thirty days. In support of this motion, defense counsel states:

1. Mr. Subia has entered into a plea in this matter and is set for sentencing January 6, 2023.

2. The defense is requesting the sentencing be reset for approximately thirty days.

3. Mr. Subia is on pre-trial supervision and in full compliance with all conditions of release.

4. AUSA Nora Wilson stipulates to the relief requested in this motion.

WHEREFORE, Mr. Subia moves this Court for his sentencing to be continued for approximately thirty days.

Respectfully Submitted,

BURGESS & PORTER LLC

By:    */s/ Susan Burgess-Farrell*
      Susan L. Burgess-Farrell
      400 Gold Avenue, SW, Suite 910
      Albuquerque, New Mexico 87102
      (505) 433-5545
      *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed the foregoing electronically through the CM/ECF system, which caused all parties to this case to be served notice of the document by electronic delivery. Pursuant to Local Rule of Criminal Procedure, Rule 47.3, a copy of this motion was also served upon the U.S. Probation and Pretrial Services Office via the CM/ECF system.

      */s/ Susan Burgess-Farrell*
      BURGESS & PORTER LAW, LLC