UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 20-1705 WJ | USA vs. | Subia |
| Date: | 2/28/2023 | Name of Deft: | Anthony Subia |

| | |
|---|---|
| Before the Honorable: | Chief District Judge William P. Johnson |
| Time In/Out: | 10:09am – 10:39am |
| Total Time in Court (for JS10): | 30 minutes |
| Clerk/Law Clerk: | R. Garcia/none |
| Court Reporter: | M. Loughran |
| AUSA: | Nora Wilson |
| Defendant's Counsel: | Susan Burgess-Farrell |
| Sentencing in: | Albuquerque, NM |
| Interpreter: | N/A |
| Probation Officer: | PO Jon-Paul Barabe and PTSO Beatrice Manzanares |
| Interpreter Sworn? | Yes ☐   No ☐ |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | ☐ Verdict | As to: | ☐ Information | **X** Indictment | |
| If Plea: | **X** Accepted | ☐ Not Accepted | Adjudged/Found Guilty on Counts: | Counts 1, 2, 3, 4, and 5 | | |
| If Plea Agreement: | **X** Accepted | ☐ Not Accepted | ☐ No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 9/30/2022 | PSR: | **X** Not Disputed | ☐ Disputed | Courts adopts PSR Findings | |
| Evidentiary Hrg: | **X** Not Needed | ☐ Needed | Exceptions to PSR: | | | |

## SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | |
| Supervised Release: | |
| Probation: | |
| REC | ☐ 500-Hour Drug Program   ☐ BOP Sex Offender Program   ☐ Other: |
| ICE | ☐ Court recommends ICE begin removal proceedings immediately or during service of sentence   ☐ ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| ☐ If the Defendant is deported, he shall not re-entry the U.S. without legal authorization | ☐ Home confinement for months/days |
| ☐ Comply with ICE laws and regulation | ☐ Community service of X hours |
| ☐ Participate in outpatient substance abuse treatment program | ☐ Reside at halfway house for 180 days |
| ☐ Submit to substance abuse testing not to exceed 60 test per year | ☐ Undergo a sex offense-specific assessment and participate in sex offender treatment program, if deemed necessary |
| ☐ Participate in/successfully complete mental health treatment program | ☐ If recommended in the sex offense-specific assessment, you must begin attending and participating in sex offender treatment consistent with the recommendations of the evaluation |
| ☐ Must take all mental health medications that are prescribed by your treating physician | ☐ Register as sex offender |
| ☐ Must not use/possess alcohol and submit to no more than 4 tests a day | ☐ Participate in sex offender treatment program |
| ☐ Submit to search of person/property | ☐ Possess no sexual material |
| ☐ No contact with victim(s), gang members, co-conspirators | ☐ No computer with access to online services |
| ☐ No entering or loitering near victim's residence | ☐ No contact with children under 18 years |
| ☐ Provide financial information | ☐ No volunteering where children supervised |
| ☐ Waive right of confidentiality for treatment providers | ☐ Restricted from occupation with access to children |
| ☐ Must not knowingly use or possession of synthetic cannabinoids, etc. | ☐ No loitering within 100 feet of school yards |
| ☐ No possession of a firearm, ammunition, destructive device or any other dangerous weapon | ☐ Participate in an educational/vocational program |
| ☐ You must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia | ☐ Participate in anger management/parenting/domestic violence program |
| OTHER: | |

| | | | |
|---|---|---|---|
| Fine: | $ | Restitution: | $ |
| SPA: | $ | Payment Schedule: | ☐ Due Immediately   ☐ Waived |
| OTHER: | | | |

|   |   |   |   |
|---|---|---|---|
|   | Advised of Right to Appeal |   | Waived Appeal Rights per Plea Agreement |
| X | Deft remains on conditions of release |   | Voluntary Surrender |
|   | Recommended place(s) of incarceration: | | |
|   | Dismissed Counts: | | |
| OTHER COMMENTS: | Ms. Burgess-Farrell advises PSR reviewed with client; no objections/correction; Court notes Defendant is safety valve eligible and will accept the parties' plea agreement.<br>PTSO Manzanares addresses the Court; notes Defendant has been completely compliant; is employed; lives with his parents; no positive UAs; working on sobriety; participating and attending counseling.<br>Ms. Wilson addresses the Court; recommends low end of the guideline range of 121 months.<br>The Court advises counsel that Probation has identified grounds for a variance to a term of 60 months.<br>Ms. Burgess-Farrell addresses the Court on behalf of her client; requests time served sentence.<br>Defendant addresses the Court.<br>Court questions the Defendant.<br>The Court will not move to sentencing today and will allow Defendant to earn the variance requested; Court will review the matter periodically by telephone conference; Defendant may attend if he wishes to but is not required to do so. | | |