# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes

**Before the Honorable Chief Judge William P. Johnson**

**Case No.:** CR20-1705 WJ     **Date:** 7/6/2023

**Parties:** USA v. Anthony Subia

**Courtroom Clerk/Law Clerk:** R. Garcia/none     **Court Reporter:** M. Loughran

**Interpreter:** N/A

**Type of Proceeding:** Telephonic Status Conference

**Place of Court:** Albuquerque

**Total time in Court:** 4 minutes

**Evidentiary Hearing:** NO

**Attorneys Present for Plaintiff(s):**
Nora Wilson

**Attorneys Present for Defendant(s):**
Barry Porter for Susan Burgess-Farrell

**Proceedings:**

10:00    Court in telephonic session; counsel enter appearances; Defendant present.

PO reports Defendant is doing well: maintaining employment; living with parents; working through child custody issues with mother of his child; cited and arrested for prior DWI matter – matter has been taken care of, but there remains a pending misdemeanor; has received his drivers license back and interlock device has been installed on his vehicle; advised PO immediately of the incident; no issues with drug testing or counseling.

Ms. Wilson has no issues or concerns at this time.

Mr. Porter has nothing at this time.

Defendant addresses child custody matter; notes good chance his misdemeanor will be dismissed; advises he is working at Denny's restaurant and doing well.

The Court notes overall good report; keep up the good work; will review in 3 to 4 months.

10:04    Court in recess.